# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES<br><br>Honorable S. Thomas Anderson |

### PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS FROM SETTLEMENTS WITH AME DEFENDANTS AND DEFENDANT NEWPORT GROUP, INC.

Plaintiffs Reverend Pearce Ewing, Reverend Charles R. Jackson, Reverend Cedric V. Alexander, Reverend Derrell Wade, Reverend Reuben J. Boyd, Presiding Elder Phillip Russ, IV, Lynette Glenn, Guardian of Reverend Marcius King, Reverend Matthew Ewing, Candace L. Carmichael, as Administrator of the Estate of Reverend A. Offord Carmichael, Deceased, and Reverend Diane Conley, on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs") respectfully move, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure, as well as the relevant settlement agreements in this matter, for an order awarding the undersigned Plaintiffs' Counsel: (1) attorneys' fees in the amount of one-third of the Settlement Amounts (including the interest accruing on the Settlement Amounts prior to distribution); (2) their out-of-pocket expenses incurred from the inception of the case to March 31, 2025 totaling $1,326,003.68; and (3) service awards of $20,000 for each of the ten named Plaintiffs. The legal and factual basis supporting this Motion are fully set forth in the attached Memorandum and supporting declarations and other exhibits accompanying the Memorandum.

Wherefore, Plaintiffs respectfully request that the Court grant this Motion.

Respectfully submitted, this the 7th day of May 2025.

| *Interim Co-Lead Counsel* ||
|---|---|
| */s/ Matthew E. Lee*<br>Matthew E. Lee<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>919-600-5000<br>Fax: 919-600-5035<br>mlee@milberg.com | */s/ Gregorio A. Francis*<br>Gregorio A. Francis<br>**OSBORNE & FRANCIS LAW FIRM, PLLC**<br>2707 E. Jefferson Street<br>Orlando, FL 32803<br>(561) 293-2600<br>Fax: (561) 923-8100<br>gfrancis@realtoughlawyers.com |
| *Liaison Counsel* ||
| J. Gerard Stranch, IV<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>(615) 254-8801<br>Fax: (615) 255-5419<br>gstranch@stranchlaw.com ||
| *Plaintiff's Steering Committee* ||
| Susan L. Meter<br>**KANTOR & KANTOR LLP**<br>19839 Nordhoff Street<br>Northridge, CA 91324<br>818-886-2525<br>Fax: 818-350-6274<br>smeter@kantorlaw.net | Kenneth S. Byrd<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>222 2nd Ave S<br>Nashville, TN 37210<br>615-313-9000<br>Fax: 615-313-9965<br>kbyrd@lchb.com |
| Dhamian Blue | Richard Schulte |

| | |
|---|---|
| **BLUE LLP** <br> P.O. Box 1730 <br> Raleigh, NC 27602 <br> 919-833-1931 <br> Fax: 919-833-8009 <br> dab@bluellp.com | **WRIGHT & SCHULTE LLC** <br> 865 S. Dixie Dr. <br> Vandalia, OH 45377 <br> 937-435-9999 <br> Fax: 937-435-7511 <br> rschulte@yourlegalhelp.com |
| Julie Nepveu <br> **AARP Foundation** <br> 601 E Street, NW <br> Washington, DC 20049 <br> (202) 434-2075 <br> Fax: (202) 434-6424 <br> jnepveu@aarp.org | |

## CERTIFICATE OF SERVICE

This is to certify that on May 7, 2025, the foregoing motion was served via the Court's CM/ECF system on all counsel of record.

/s/ *Matthew E. Lee*
Matthew E. Lee