# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

## JOINT STATUS UPDATE IN ADVANCE OF THE
## NOVEMBER 5, 2025 STATUS CONFERENCE

At the initial status conference in this matter, the Court requested that the Parties provide a joint update on the status of litigation seven days before each status conference. [ECF No. 69]. In advance of the November 5, 2025 status conference, the Parties report as follows:

**I. Procedural Overview Since the August 27, 2025 Status Conference**

Several motions have been filed since the August 27, 2025 Status Conference and are currently pending before the Court.

    **a. Motion for Class Certification**

Plaintiffs filed their Motion for Class Certification on May 7, 2025. [ECF No. 805]. After the Motion was fully briefed, the Court denied the motion without prejudice and ordered Plaintiffs to file a renewed motion by October 3, 2025. [ECF No. 922]. Plaintiffs filed their renewed Motion for Class Certification on October 3, 2025. [ECF No. 981]. Symetra sought and received an extension of time to respond to

that motion, and its response is due November 3.

    b. **Motion for Clarification**

On September 26, 2025 Symetra filed a Motion for Clarification of ECF No. 923 Order Granting in Part and Denying in Part Plaintiffs' Motion for Sanctions, or, in the Alternative, Motion for Protective Order. [ECF No. 959]. Plaintiffs and the AME Defendants jointly moved for an extension of time to respond to that motion [ECF No. 992], which the Court granted on October 8, 2025. [ECF No. 993]. Plaintiffs filed an opposition to Symetra's Motion on October 24, 2025.

    c. **Motion *in Limine***

On October 3, 2025, Plaintiffs filed a Motion *in limine* to prohibit Symetra from introducing evidence it did not possess during its relationship with AMEC through June 30, 2021 – the day Dr. Harris retired – to justify its belief that Dr. Harris was acting as a properly authorized trustee. [ECF No. 977]. Symetra's response to that Motion is due on November 3, 2025. [ECF No. 1009].

    d. **Motions to Exclude Experts**

Motions to exclude were filed against all experts disclosed in this litigation.

Plaintiffs filed motions on September 11, 2025 to exclude four of Symetra's experts: John Slavek [ECF No. 931]; Joyce Smith, Esq. [ECF No. 932]; Matthew Eickman, Esq. [ECF No. 933]; and Craig Merrill [ECF No. 934]. Symetra's responses to those motions were filed on October 10: John Slavek [ECF No. 994]; Joyce Smith, Esq. [ECF No. 1002]; Matthew Eickman, Esq. [ECF No. 1000]; and Craig Merrill [ECF No. 1001].

The AMEC Defendants filed a motion to exclude three of Symetra's experts (Matthew Eikman, Esq., Joyce Smith, Esq., and Renee McMahon) on September 11, 2025. [ECF No. 935]. Symetra responded to this motion on October 10, 2025. [ECF No. 998 (as to Renee McMahon); ECF No. 1000 (as to Matthew Eickman, Esq.); and ECF No. 1002 (as to Joyce Smith, Esq.)].

Symetra filed motions to exclude Plaintiffs' three experts on September 11, 2025: a motion to exclude testimony on damages by Harris Devor and Martin Dirks (ECF No. 936), to exclude Eric Dyson (ECF No. 938), and to exclude Martin Dirks (ECF No. 942). Plaintiffs responded to those motions on October 10, 2025. [ECF No. 995 (as to damages by Devor and Dirks); ECF No. 996 (as to Dyson); and ECF No. 997 (as to Dirks)]. Symetra also filed a motion to exclude the AMEC Defendants' expert, J. Lester Alexander. [ECF No. 940]. The AMEC Defendants responded on October 10, 2025. [ECF No. 999].

No party sought leave to file a reply memorandum, and these motions are all now fully briefed. The Court has referred all of these motions to Magistrate Judge York.

e. **Motions for Summary Judgment**

Plaintiffs filed three motions for partial summary judgment on October 3, 2025. [ECF No. 978 (as to claims against Dr. Harris and Sandra Harris); ECF No. 979 (as to claims against Robert Eaton); and ECF No. 980 (as to claims against Symetra)]. Sandra Harris responded to the motion against her on October 24, 2025, [ECF No. 1010] and Plaintiffs' reply memorandum in support of that motion is due

3

November 7, 2025. Eaton sought and received an extension for his response to November 10, 2025. [ECF No. 1015]. Symetra sought and received an extension for its response to November 7, 2025. [ECF No. 1018].

Sandra Harris filed a motion for summary judgment on Plaintiffs' claims against her. [ECF No. 971]. Plaintiffs' response to that motion is due October 31, 2025.

Symetra filed a motion for summary judgment against Plaintiffs. [ECF No. 982]. Plaintiffs sought and received an extension of time for their response to November 7, 2025. [ECF No. 1018].

Day and Night Solar filed three motions for summary judgment. Day and Night Solar filed a motion for summary judgment against Plaintiffs on September 5, 2025. [ECF No. 927]. Plaintiffs' response deadline was extended to November 17, 2025. Day and Night Solar filed a motion for summary judgment against AMEC on October 3, 2025. [ECF No. 972]. AMEC's response deadline was extended to November 7, 2025. [ECF No. 1020]. Day and Night Solar filed a motion for summary judgment against Symetra on October 3, 2025. [ECF No. 973]. Symetra's response to that motion is due October 31, 2025.

Symetra and the AMEC Defendants received extensions of time to file motions for summary judgment on their cross-claims against each other until November 14, 2025. [ECF No. 953].

f.  **Motion for Relief from Local Rule 7.2(a)(1)(B)**

On October 20, 2025, Symetra filed a motion for relief from compliance with

4

Local Rule 7.2(a)(1)(B) with respect to the parties' already filed motions to exclude experts under Rule 702. [ECF No. 1007]. Plaintiffs' response to this motion is due November 3.

## II.   Status of Discovery

Fact discovery commenced on September 9, 2022 [ECF No. 78, p. 2] and closed on January 31, 2025 [ECF No. 672]. On March 25, 2025, the Court granted Symetra and the AMEC Defendants' joint motion for additional limited discovery between those two parties. [ECF No. 776]. AMEC has not responded to the discovery ordered by the Court but has said it will complete all of its discovery responses by November 7, 2025.

The last expert deposition took place on August 21, 2025, and expert discovery is now also closed.

## III.   AMEC and Newport Settlement Process

The Court entered an order granting final approval of Plaintiffs' settlements with Newport and the AMEC Defendants on August 18, 2025. [ECF No. 910]. No appeals were taken from the final approval order, and the funds have all been distributed by the Settlement Administrator. Plaintiffs understand that the administrator of the Qualified Trust is now processing distributions for eligible Plan Participants.

## IV.   Mediation Efforts

The Parties believe that rulings on pending dispositive motions will be necessary for another mediation to be productive. Plaintiffs sent a renewed

settlement demand to Symetra on May 28, 2025. Symetra has not responded but intends to respond after rulings on dispositive motions. Plaintiffs, Day and Night Solar, and Robert Eaton participated in a mediation on September 9, 2025. Further discussions between these parties after the mediation were ultimately unsuccessful.

## V. Trial

At the June 26, 2025, status conference, the Court requested that the Parties file position statements regarding whether they consent or object to trial in this District. Plaintiffs [ECF No. 905], Symetra [ECF No. 906], Eaton and Financial Freedom Group, Inc. [ECF No. 907], and Day and Night Solar, LLC [ECF No. 908] all filed position statements. No one objected to the trial being held in this District.

At the last status conference, the Parties proposed that they meet and confer in advance of this status conference to propose a pretrial schedule to the Court in advance at this upcoming status conference. [ECF No. 912, PageID 15601]. Attached as Exhibit A is the Parties' joint proposal for a pretrial schedule.

## VI. Proposed Schedule for Future Status Conferences

The Court has already scheduled the next two status conferences for December 11, 2025 and February 19, 2026. Given that sixty days from the February status conference would be the first week of trial, the Parties do not believe it's necessary to set another status conference at this time. Instead, the Parties ask that the Court set a final pretrial conference as set forth in Exhibit A.

## VII. Conclusion

The Parties appreciate the Court's diligent management of this matter and

welcome the opportunity to address any additional matters the Court would like to discuss at the November 5, 2025 status conference.

Respectfully submitted this the 29th day of October, 2025.

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **Plaintiffs' Interim Co-Lead Counsel**<br><br>*/s/ Matthew E. Lee*<br>**LEE SEGUI, PLLC**<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>855-496-7500<br>Fax: 919-600-5035<br>mlee@leesegui.com<br><br>*/s/ Gregorio Francis*<br>Gregorio A. Francis<br>**OSBORNE & FRANCIS LAW FIRM, PLLC**<br>433 Plaza Real, Suite 271 Boca Raton, FL 33432<br>(561) 293-2600<br>Fax: (561) 923-8100<br>gfrancis@realtoughlawyers.com | **Counsel for AMEC Defendants**<br><br>*/s/ Bruce McMullen*<br>Bruce McMullen<br>Mary Wu Tullis<br>Jennie Vee Silk<br>**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**<br>165 Madison Ave., Ste 2000<br>Memphis, TN 38103<br>t: 901-577-2356<br>f: 901-577-2303<br>bmcmullen@bakerdonelson.com<br>mtullis@bakerdonelson.com<br>jsilk@bakerdonelson.com |
| **Plaintiffs' Liason Counsel**<br><br>J. Gerard Stranch, IV<br>**STRANCH, JENNINGS, & GARVEY PLLC**<br>223 Rosa L. Parks Avenue, Suite 200 Nashville, Tennessee 37203<br>(615) 254-8801<br>Fax: (615) 255-5419<br>gstranch@stranchlaw.com | **Counsel for Symetra Life Insurance Company and Symetra Financial Corporation**<br><br>*/s/ Benjamin Stoll*<br>Benjamin Michael Stoll<br>Markham Richard Leventhal<br>**CARLTON FIELDS, P.A.**<br>1025 Thomas Jefferson Street, NW<br>Suite 400 West<br>Washington, DC 20007 |

7

| | t: 202-965-8189 |
|---|---|
| | f: 202-965-8104 |
| | bstoll@carltonfields.com |
| | mleventhal@carltonfields.com |
| **Plaintiffs' Steering Committee**<br><br>Kenneth S. Byrd<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>222 2nd Ave S<br>Nashville, TN 37210<br>615-313-9000<br>Fax: 615-313-9965<br>kbyrd@lchb.com<br><br>Susan Meter<br>**KANTOR & KANTOR LLP**<br>19839 Nordhoff Street<br>Northridge, CA 91324<br>818-886-2525<br>Fax: 818-350-6274<br>smeter@kantorlaw.net<br><br>Dhamian Blue<br>**BLUE LLP**<br>P.O. Box 1730<br>Raleigh, NC 27602<br>919-833-1931<br>Fax: 919-833-8009<br>dab@bluellp.com<br><br>Julie Nepveu<br>**AARP Foundation**<br>601 E Street, NW<br>Washington, DC 20049<br>(202) 434-2075<br>Fax: (202) 434-6424<br>jnepveu@aarp.org<br><br>Richard Schulte<br>**WRIGHT & SCHULTE LLC**<br>865 S. Dixie Dr. | **Counsel for Robert Eaton and Financial Freedom Group, Inc.**<br><br>*/s/ Clarence Wilbon*<br>Clarence A. Wilbon<br>John Davis Woods, III<br>Roscoe Green<br>**ADAMS AND REESE, LLP**<br>6075 Poplar Avenue, Suite 700<br>Memphis, TN 38119<br>t: 901-524-5324<br>f: 901-524-5414<br>clarence.wilbon@arlaw.com<br>john.woods@arlaw.com<br>roscoe.green@arlaw.com |
| | **Counsel for Jerome V. Harris**<br><br>*/s/ Will Perry*<br>Will Perry<br>Samuel Keenan Carter<br>**BUTLER SNOW LLP**<br>6075 Poplar Ave., Suite 500<br>Memphis, TN 38119<br>t: 901-680-7200<br>will.perry@butlersnow.com<br>keenan.carter@butlersnow.com |
| | **Counsel for Jarrod Erwin**<br><br>*/s/ Perry Craft*<br>Perry A. Craft<br>**LAW OFFICE OF PERRY A. CRAFT, PLLC**<br>402 BNA Drive, Building 100, Suite 402<br>Nashville, TN 37217<br>t: 615-953-3808 |

8

| | |
|---|---|
| Vandalia, OH 45377<br>937-435-9999<br>Fax: 937-435-7511<br>rschulte@yourlegalhelp.com | f: 615-739-6292<br>perrycraft@craftlegal.com |
| | **Counsel for Sandra Harris**<br><br>*/s/ Alexander Wharton*<br>Alexander Wharton<br>**The Wharton Law Firm**<br>1575 Madison Ave.<br>Memphis, TN 38104<br>t: 901-726-6884<br>alexanderwharton@thewhartonlawfirm.com |
| | **Counsel for Day and Night Solar**<br><br>*/s/ Nicholas E. Bragorgos*<br>Nicholas E. Bragorgos<br>R. Scott McCullough<br>81 Monroe Ave., Sixth Floor<br>Memphis, TN 38103<br>Tel: 901-624-0640<br>Fax: 901-624-0650<br>nbragorgos@mbbslaw.com<br>smccullough@mbbslaw.com |

9